AO 240A

# UNITED STATES DISTRICT COURT

## District of New Jersey

FAWAZ ABDELLATIF,

        Plaintiff

V.

DEUTSCHE BANK NATIONAL
TRUST COMPANY,
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-4108(SRC)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

☐ GRANTED, and

☐   The clerk is directed to file the complaint, and

☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Failure to provide information required regarding rents, interest, or dividends received._

☒ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _11_ day of _August_, 2010

_/s/_
Signature of Judicial Officer

STANLEY R CHESLER
Name and title of Judicial Officer
USDJ